NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACC CONSTRUCTION COMPANY, INC.,**
*Appellant*

**v.**

**SECRETARY OF THE ARMY,**
*Appellee*

---

2023-1372

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 62265, 62937, Administrative Judge J. Reid Prouty, Administrative Judge Mark A. Melnick, Administrative Judge Richard Shackleford.

---

**JUDGMENT**

---

JACOB WILLIAM SCOTT, Smith, Currie & Hancock LLP, Tysons, VA, argued for appellant.  Also represented by LOCHLIN BARRETT SAMPLES, Atlanta, GA.

REBECCA SARAH KRUSER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee.  Also represented by BRIAN M. BOYNTON, PATRICIA M. MCCARTHY, CORINNE ANNE NIOSI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 9, 2024
Date

Jarrett B. Perlow
Clerk of Court